PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ENDURACARE THERAPY MANAGEMENT, INC., | ) ) ) | CASE NO. 4:09CV01969 |
| Plaintiff, | ) ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| JILLTIN MANAGEMENT GROUP, INC., | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** (Resolving ECF No. 76) |

The instant matter is before the Court upon Plaintiff Enduracare Therapy Management, Inc.'s ("Plaintiff") Motion for Entry of Judgment against Defendants Jilltin Management Group, Inc., Little Forest Medical Center, LLC, LFMC Management Co., Ltd., and Little Forest Management, Inc. (collectively "Defendants") under the terms of the parties' Stipulation of Partial Settlement (ECF No. 52). ECF No. 76. The Court has reviewed the affidavits of Gale Lancieri (ECF No. 76-1) and Marc Blugaugh (ECF No. 76-2) and the related file.

According to the parties' Joint Stipulation of Partial Settlement,

> [i]n the event that Defendants default hereunder in making any of the Account Payments or performing other obligations under this Stipulation, Plaintiff may electronically file and serve Defendants, after expiration of the notice and cure period in Paragraph 3, with and Affidavit of Default and Motion for Entry of Judgment, an obtain entry of the Agreed Judgment Entry from the Court in the amount of One Hundred Eighty-One Thousand Five Hundred Sixty Five Dollars and Fifty-Eight Cents ($181,565.58), less any Account Payments made by Defendant. [] Defendants expressly consent to the Court's signing of the Agreed Judgment Entry upon Plaintiff filing its Affidavit of Default and Motion for Entry of Judgment without the need for any further motion or briefing by Plaintiff.

*See* ECF No. 76 at 3.

Plaintiff alleges that the amount of all payments received from Defendants between May

(4:09CV01969)

1, 2010 and the date of default is One Hundred Nine Thousand Dollars ($109,000.00). ECF Nos. 76-1 at 2; 76 at 2. Plaintiffs mailed written notice of default to Defendants on October 17, 2011. ECF Nos. 76-1 at 2; 76 at 2. To date, Defendants have not made any payments to Plaintiff. ECF Nos. 76-1 at 2; 76 at 2.

For good cause shown, Plaintiff's motion for entry of judgment (ECF No. 76) is granted. Judgment will be entered in favor of Plaintiff Enduracare Therapy Management, Inc. against Defendants Jilltin Management Group, Inc., Little Forest Medical Center, LLC, LFMC Management Co., Ltd., and Little Forest Management, Inc. in the amount of Seventy Two Thousand Five Hundred Sixty-Five Dollars and Fifty-Eight Cents ($72,565.58).

The Clerk is directed to issue a copy of this Order by electronic and regular mail *via* the following addresses, as applicable:

Michael P. Slyk, Registered Process Agent for Jilltin Management Group, Inc., 888 Boardman Canfield Road, Boardman, Ohio 44512.

J. Randall Richards, Registered Agent for Little Forest Medical Center, LLC, 65 E. State Street, Suite 1000, Columbus, Ohio 43214.

J. Randall Richards, Registered Agent for LFMC Management Co., Ltd., 65 E. State Street, Suite 1000, Columbus, Ohio 43214.

IT IS SO ORDERED.

January 25, 2012        */s/ Benita Y. Pearson*
Date        Benita Y. Pearson
       United States District Judge